1  Shelley D. Krohn, Esq.                                        E-filed: 2-1-10
   Nevada Bar No. 5040
2  Email: skrohn@goldguylaw.com
   **GOLDSMITH & GUYMON, P.C.**
3  2055 Village Center Circle
   Las Vegas, Nevada 89134
4  Phone: (702) 873-9500
   Facsimile (702) 873-9600
5  Attorneys for Debtor

6

7                    **UNITED STATES BANKRUPTCY COURT**

8                            **DISTRICT OF NEVADA**

9

10  In Re:                                )   CASE NO.: BK-S-10-10806-BAM
                                          )
11  CAPRICE LEIDIG,                       )   Chapter 7
                                          )
12                       Debtor(s)        )   TRUSTEE: Brian Shapiro
                                          )
13  _____   )

14       **CERTIFICATE OF SERVICE OF STATEMENT OF INTENTION**

15       IT IS HEREBY CERTIFIED that on the _29TH_ day of January, 2010, a true and correct copy

16  of the above-referenced document was served to the parties listed below.  A copy of said Statement

17  is attached.

18
    Chase Home Finance, LLC
19  P.O. Box 509011
    San Diego, CA 92150-9011
20
         DATED this _29TH_ day of January, 2010
21

22

23                                        An Employee of Goldsmith & Guymon, PC

24

25

26

27

28  W:\Sdk\BK\Leidig 5205-1\COS SOI Chase Home.wpd

                                    - 1 -

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **Caprice Marie Leidig**

Debtor(s)

Case No.

Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America** | **Describe Property Securing Debt:**<br>**8381 Turtle Creek**<br>**Las Vegas, NV 89113** |

Property will be (check one):
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☑ Claimed as Exempt
- ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Chase Manhattan Mortga** | **Describe Property Securing Debt:**<br>**8381 Turtle Creek**<br>**Las Vegas, NV 89113** |

Property will be (check one):
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☑ Claimed as Exempt
- ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                           Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Dcfs Usa Llc | **Describe Property Securing Debt:**<br>2007 Mercedes-B CLS550C<br>(LEASE) |

Property will be (check one):
- ☐ Surrendered                    ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☒ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>National City Mortgage | **Describe Property Securing Debt:**<br>338 E. Torino Ave.<br>Las Vegas, NV<br>State Farm Insurance Claim |

Property will be (check one):
- ☒ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ☒ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Weststar Credit Union** | **Describe Property Securing Debt:**<br>**2005 Chevy Suburban** |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   **January 20, 2010** _____        Signature   /s/ Caprice Marie Leidig _____
                                                                        **Caprice Marie Leidig**
                                                                        Debtor